# EXHIBIT E

Example of publicly-available offer for sale of Blu-ray™ recordable media

Source:

http://www.ritekusa.com/ConsumerProducts/OpticalDiscs/Bluray/BDRRE.aspx

[captured: 10/25/2017 3:00:35 PM]



RiDATA

○Web ⊙Site

Home | Corporate | Consumer Products | Business Solutions | Solar Products | Support | Contact Us

» Consumer Products » Optical Discs » Blu-ray » BD-R/-RE

October 25, 2017

## RiDATA Blue-ray Disc (BD-R / BD-RE)

**Product Highlight:**

RiDATA Blu-Ray recordable disc features 25GB of storage capacity -- five times the storage capacity of a normal DVD -- holding up to 4.5 hours of HD video and 11.5 hours of SD video. The next generation of optical recording media will change the way you store full HD recording video & movies!

### Optical Disc Series

**New Arrival**
**Blu-ray DL 50GB, 6X speed**

Blu-ray 25GB, 6X Record full HD!

DVD DL 8.5GB, 8X

DVD R/RW RiDATA signature DVD series

CD-R/-RW 700MB 52X speed

Printable Discs High quality

FEATURES | SPECS | PART NUMBERS | GALLERY | RESOURCES

| Part Number | Description |
|---|---|
| **BD-R RiDATA:** | |
| BDR-256-RDCB25 | BD-R 6X 25GB RiDATA Logo, 25pcs in cake box |
| BDR-256-RDSS-CB25 | BD-R 6X 25GB RiDATA, Silver shinny top, 25pcs in cake box |
| BDR-256-RDIWN-CB25 | BD-R 6X 25GB RiDATA, Inkjet white hub-printable, 25pcs in cake box |
| BDR-256-RDIWN-CB50 | BD-R 6X 25GB RiDATA, Inkjet white hub-printable, 50pcs in cake box |
| BDR-254-RDCB25 | BD-R 4X 25GB RiDATA Logo, 25pcs in cake box |
| BDR-254-RDIWN-CB50 | BD-R 4X 25GB RiDATA, Inkjet white hub-printable, 50pcs in cake box |
| **BD-R RiDATA Valor:** | |
| BDR-254-RDVCB50 | BD-R 4X 25GB, RiDATA Valor Logo, 50pcs in cake box |
| BDR-254-RDVIWNCB50 | BD-R 4X 25GB RiDATA Valor, Inkjet white hub-printable, 50pcs in cake box |
| **BD-R RiDATA LTH:** | |
| BDR-254-RDCB50L | BD-R 4X 25GB, RiDATA Logo, Low-to-High, 50pcs in cake box |
| BDR-254-RDIWNCB50L | BD-R 4X 25GB RiDATA, Low-to-High, Inkjet white hub-printable, 50pcs in cake box |
| **BD-RE:** | |
| BDRE-252-RDVCB50 | BD-RE 2X 25GB RiDATA Valor Logo, 50pcs in cake box |
| BDRE-252-RVIWNCB50 | BD-RE 2X 25GB RiDATA Valor, Inkjet white hub-printable, 50pcs in cake box |

* BD-R refers to Blu-ray write-once blank disc
BD-RE refers to Blu-ray re-writable blank disc

Blu-ray - RiDATA | RITEK USA



http://www.ritekusa.com/ConsumerProducts/OpticalDiscs/Bluray/BDRRE.aspx[10/25/2017 3:00:35 PM]

C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA         Page |E-2
PLAINTIFF'S ORIGINAL COMPLAINT