**EXHIBIT F**

Example of representative packaging of Blu-ray™ recordable media

Source:

https://www.amazon.com/s/ref=sr_nr_n_1?fst=as%3Aoff&rh=n%3A668575011%2Ck%3Aritek+blu+ray&keywords=ritek+blu+ray&ie=UTF8&qid=15089%E2%80%A6

[captured: October 24, 2017]

10/25/2017                              Amazon.com: ritek blu ray - BD-R Discs / Blank Media: Electronics

Try Prime | Blank BD-R Discs ▾ | ritek blu ray

Departments ▾ | Your Amazon.com | Today's Deals | EN | Hello. Sign in Account & Lists ▾ | Orders | Try Prime ▾ | 0 Cart

All Electronics | Deals | Best Sellers | TV & Video | Audio & Home Theater | Computers | Camera & Photo | Wearable Technology | Car Electronics & GPS

4 results for Electronics : Accessories & Supplies : Blank Media : BD-R Discs : **"ritek blu ray"**                                   Sort by  Relevance ▼

**Show results for**
Any Category
Electronics
Accessories & Supplies
Blank Media
**BD-R Discs**

**Refine by**

**Amazon Prime**
☐

**Eligible for Free Shipping**
☐ Free Shipping by Amazon

**Feature Keywords**
☐ Inkjet
☐ High Speed
☐ Dual Layer

**Capacity**
☐ 5 GB
☐ 7.5 GB
☐ 8.5 GB
☐ 9.1 GB
☐ 23 GB
☐ 25 GB
☐ 32 GB
☐ 50 GB
☐ 100 GB
See more

**Avg. Customer Review**
        & Up
        & Up
        & Up
        & Up

**International Shipping** (What's this?)
☐ International Shipping Eligible

**Condition**
New
Certified Refurbished
Used

**Price**
$25 to $50
$50 to $100
$ Min   $ Max   Go

**Seller**

Ritek Ridata Blu-Ray (BD-R) White Inkjet Hub Printable 4X BD-R Media 25GB 50 Pack in Cake Box (BDR-254-RDIWN-CB50)
by RiDATA
$28²²
In stock on October 30, 2017
More Buying Choices
$19.94 (8 new offers)
FREE Shipping on eligible orders

RiData 50GB BD-R DL Dual-Layer Blu-Ray Writable 6x Disc 25pk
by Ritek
$51.99 (1 new offer)
5

50 Pk Ridata Ritek White Inkjet Hub Printable 4x Blu-Ray BD-R Blank Media 25GB
by Ridata
$29.99 (3 new offers)
4

Ridata Blu Ray Disc 50gb 6x White Inkjet Printable Bd-r Dl 25 Pack
by Ridata
$55.03 (2 new offers)

**Sponsored Links** (What's this?)

1. **Ritek DVD-R Great Prices** ↗        Ritek Printable DVD-R 16x,8x As Low As $0.22 shipped
                                          www.emediadepot.com/category_s/68.htm

2. **Ritek BD-R Discs** ↗                We Have Great Deals On BD-R **Blu**-**Ray** Discs. Fast Shipping. Order
                                          Today!   www.runtechmedia.com/

3. **Blank DVDR as low as $.24** ↗       Free Shiping Blank DVD-R Media Verbatim Falcon Media
                                          www.wtsduplication.com/

                                                                                        Ad feedback

**Search Feedback**
Did you find what you were looking for?

https://www.amazon.com/s/ref=sr_nr_n_1?fst=as%3Aoff&rh=n%3A668575011%2Ck%3Aritek+blu+ray&keywords=ritek+blu+ray&ie=UTF8&qid=15089…   1/3

10/25/2017                                       Amazon.com: ritek blu ray - BD-R Discs / Blank Media: Electronics

- ☐ DiscPowerStore
- ☐ Japan shop SY: We can ship to outside USA (Europe, Asia, Oceania, Africa, etc.).
- ☐ MegaDiscStore
- ☐ Sourcerite
- ☐ Cart4deals
- ☐ FounderDirect
- ☐ J-Electronics
- ☐ Media A2Z
- ☐ Qtc Computer Systems, Inc

**Availability**

☐ Include Out of Stock

☒ Yes   ☐ No

If you need help or have a question for Customer Service, please *visit the Help Section*.



Ad feedback



Ad feedback

### Your recently viewed items and featured recommendations

Inspired by your browsing history                                                                 Page 1 of 8



50 Verbatim Blu Ray 25 Gb Bd-r Single Layer 6x Speed Original Spindle Printable Blueray
83
$33.17

Assassin's Creed [Blu-ray]
Brendan Gleeson
954
Blu-ray
$14.99

Progo 50 Pack Standard Black Single DVD Cases 14MM
179
$18.99

Smart Buy 100 Pack DVD+R 4.7gb 16x White Printable Inkjet Blank Media Record Disc,...
89
$20.59

https://www.amazon.com/s/ref=sr_nr_n_1?fst=as%3Aoff&rh=n%3A668575011%2Ck%3Aritek+blu+ray&keywords=ritek+blu+ray&ie=UTF8&qid=15089…   2/3

C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA        Page |F-2
PLAINTIFF'S ORIGINAL COMPLAINT

10/25/2017                                                  Amazon.com: ritek blu ray - BD-R Discs / Blank Media: Electronics

You viewed         › View or edit your browsing history

See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
|  | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
|  | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
|  | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
|  | Become an Amazon Vendor |  | Help |
|  | › See all |  |  |

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services |  |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

https://www.amazon.com/s/ref=sr_nr_n_1?fst=as%3Aoff&rh=n%3A668575011%2Ck%3Aritek+blu+ray&keywords=ritek+blu+ray&ie=UTF8&qid=15089…    3/3

C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA                    Page |F-3
PLAINTIFF'S ORIGINAL COMPLAINT