# EXHIBIT G

Analysis of a Blu-ray™ recordable disc

## Results for HGD39

| Disc | Count | Sum | Mean | Standard Deviation | Standard Error of Mean | Maximum | Minimum | Range | Parameter |
|---|---|---|---|---|---|---|---|---|---|
| All measurements are in nanometers (nm). | | | | | | | | | |
| HGD39 | 80 | 25656.82 | 320.71 | 17.66 | 1.97 | 354.60 | 274.79 | 79.81 | Pitch |
| HGD39 | 88 | 1595.50 | 18.13 | 0.88 | 0.09 | 20.43 | 15.96 | 4.47 | Ridge Depth |
| HGD39 | 88 | 14261.61 | 162.06 | 6.31 | 0.67 | 176.23 | 147.57 | 28.66 | Ridge Width |
| HGD39 | 76 | 5986.72 | 78.77 | 16.43 | 1.88 | 114.40 | 47.54 | 66.85 | Land Width at 95% |

▸ Bronze Colored Playing Side

▸ 1 Layer

### Height Image (top view) HGD39



Page 2 of 7

C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA   Page |G-1
PLAINTIFF'S ORIGINAL COMPLAINT

**Perspective View – HGD39**



C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA     Page |G-2
PLAINTIFF'S ORIGINAL COMPLAINT

### HGD39 – Track Pitch



### HGD39 – Groove Depth



Page 4 of 7

C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA    Page |G-3
PLAINTIFF'S ORIGINAL COMPLAINT

HGD39 – Groove Width



C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA          Page |G-4
PLAINTIFF'S ORIGINAL COMPLAINT

HGD39 – Land Width at 95% (on average height profile)





### HGD39 Codes-Mold, Inner LBR, Outer LBR







- Mark in clear hub area on label side:
    - LG800771BD144X16081410C
- Human readable mark on playing side:
    - RBD4R015D (Logo)
    - M4K3
- Type of mark on playing side:
    - Diffractive

Page 7 of 7

C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA    Page |G-6
PLAINTIFF'S ORIGINAL COMPLAINT