1 **EXHIBIT H**

2    Website view of offer for sale of Blu-ray™ recordable media

3    Source:

4    http://www.ritekusa.com/ConsumerProducts/OpticalDiscs/Bluray/BDRRE.aspx

5    [captured: 10/25/2017 3:01:35 PM]

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



http://www.ritekusa.com/ConsumerProducts/OpticalDiscs/Bluray/BDRRE.aspx[10/25/2017 3:01:35 PM]

C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA    Page |H-1
PLAINTIFF'S ORIGINAL COMPLAINT

Blu-ray - RiDATA | RITEK USA



http://www.ritekusa.com/ConsumerProducts/OpticalDiscs/Bluray/BDRRE.aspx[10/25/2017 3:01:35 PM]

C.D. CAL. Case: Max Blu Technologies, LLC v. Advanced Media, Inc. dbs RITEK USA       Page |H-2
PLAINTIFF'S ORIGINAL COMPLAINT