Name and address:
Steven W. Ritcheson, Esq.
Insight, A Professional Law Corporation
9800 D Topanga Canyon, Blvd., #347
Chatsworth, CA 91311
(424) 289-9191

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX BLU TECHNOLOGIES, LLC | CASE NUMBER |
| | 2:17-CV-08674-GW-FFM |
| v.                    Plaintiff(s) | |
| ADVANCED MEDIA, INC. dba RITEK USA | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

McDonough, James F.                     of

Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339

*Applicant's Name (Last Name, First Name & Middle Initial)*

404-996-0869            205-380-8076

*Telephone Number          Fax Number*

jmcdonough@hgdlawfirm.com

*E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Max Blu Technologies, LLC

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Ritcheson, Steven W                     of

Insight, A Professional Law Corporation
9800 D Topanga Canyon Blvd. #347
Chatsworth, CA 91311

*Designee's Name (Last Name, First Name & Middle Initial)*

174062          424-289-9191          818-337-0383

*Designee's Cal. Bar No.     Telephone Number     Fax Number*

swritcheson@insightplc.com

*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____          _____

                                                    **U.S. District Judge/U.S. Magistrate Judge**